Grace F. Cunningham, v. Wilbur F. Ward and Thomas Flynn, appellants. The First National Bank of Grayville, appellee.

Bill of interpleader to determine ownership of notes. Appeal from the Circuit Court of Crawford county; the Hon. John C. Eagleton, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 12, 1919.

Jones & Lowe, for appellants. Newlin, Parker & Newlin, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Albert Palciewsky, plaintiff in error.

Prosecution for selling intoxicating liquor in anti-saloon territory. Error to the County Court of Franklin county; the Hon. Nealy I. Glenn, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 12, 1919.

T. G. Lewis, W. G. Mitchell and R. E. Smith, for plaintiff in error. Roy C. Martin and H. E. Morgan, for defendant in error.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

Edwardsville Coal Company, appellant, v. City Coal Company of Edwardsville et al., appellees.

Appeal from the Circuit Court of Madison county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the October term, 1918. Appeal dismissed on ground that an order sustaining a motion to dissolve a temporary injunction is not appealable. Opinion filed April 12, 1919.

A. M. Fitzgerald, T. W. Quinlan and Adolph Bernard, for appellant. M. Lester Geers, for appellees.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

Walter Pettigrew, appellee, v. Tom Jennings et al., appellants.

Action by a schoolboy to recover for personal injuries sustained on being struck by an automobile after jumping from the rear end of a wagon. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. H. L. Browning, Judge, presiding. Heard in this court at the October term, 1918. Reversed with finding of fact. Opinion filed April 12, 1919.

E. J. Verlie, for appellants. Alexander Flannigan and Borders & Borders, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

Nellie Newton et al., appellees, v. Bert Nigro et al., appellants.

Action under Civil Damage act for loss of means of support. Judgment for plaintiffs. Appeal from the Circuit Court of Williamson county; the Hon. Benjamin W. Pope, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 12, 1919.

J. W. Templeman and W. O. Potter, for appellants. J. E. Carr, George R. Stone and George W. Pillow, for appellees.

Mr. Presiding Justice Higbee delivered the opinion of the court.